# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-00588-RJC-DSC

| | | |
|---|---|---|
| **FS FOOD GROUP LLC et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **THE CINCINNATI INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

   **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Michael R. Manara]" (document #24) filed June 11, 2021. For the reasons set forth therein, the Motion will be <u>granted.</u>

   The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

   **SO ORDERED**.

Signed: June 11, 2021

David S. Cayer
United States Magistrate Judge